UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SSM MANAGED CARE ORGANIZATION, L.L.C., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 4:12-CV-2386 CAS<br>) |
| COMPREHENSIVE BEHAVIORAL CARE, INC., | )<br>)<br>) |
| Defendant. | ) |

## DEFAULT JUDGMENT

In accordance with the Memorandum and Order issued on this date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment by default is entered in favor of plaintiff SSM Managed Care Organization, L.L.C. and against defendant Comprehensive Behavioral Care, Inc. in the amount of Three Million Six Hundred Thirty-Seven Thousand Three Hundred Eighty-Two Dollars and Seventy-Six Cents ($3,637,382.76).

CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE

Dated this  9th  day of April, 2014.